FILED

U.S District Court, M.D. Ft Myers Fla.

NYKA O'CONNOR
Plaintiff

2022 NOV -4 PM 1:30

CLERK US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
FORT MYERS FLA.

V.

case #  2:22-cv-00712-SPC-KCD

CHARLOTTE CI WARDEN SNIDER
INSPECTOR RYDER
SGT GERACK
CAPTAIN GARMIN
SGT LOCK, & OFFICER MATHEWSON

EMERGENCY
42 USC § 1983 COMPLAINT FOR CIVIL RIGHTS

1. Pursuant to the applicable authorities in Law & Equity, O'Connor states as follows;- and per 42 USC § 1983:

Facts

2. On 8-30-22, O'Connor was transferred from Wakulla CI (WCI) to Charlotte CI (CCI), and placed inside CCI Property Room, where Sgt Gerack (WIF) sexually assaulted Me - O'Connor.

3. While in the rear section where no videos & audios are located, Sgt Gerack aka "Ms G", subjected Me to involuntarily masterbate at Her against My sincere Jewish & SYDA Religious, beliefs.

4. During said incident, Sgt Gerack grabbed O'Connor's penis and commence to stroking it in back & forth motion, but stopped before O'Connor ejaculated & then she left.

5. O'Connor never told anybody about it until later on about ~~9-23-2022~~ 9-27-22 while in A/C (Administrative Confinement).

6. On 9-7-22, O'Connor wrote US Dist Court M.D. Jax Fl.

1-4

a Notice of Address Change-Relocation & Mental
Status which was sent to CCI Warden & Inspector with Order. [about stress, etc, working in CCI, Food Service, 2AM – 7PM even on the sabbath,]

7. On 9-14-22, Warden Snider &/or the Inspector had several staff members e.g. Captain Frost, Capt Osternecki, Lt Herschy, Cō Marshal, etc, placed Me in A1C.

8. I was placed in an excessively hot cell while on psych Meds, where I'm subjected to remain in class-A (Blue Shirt & Pants, T-shirt, Boxers, & socks) with excessive light on from 5AM – 11pm or 12 Midnight, 7 days a week, & given a DR. [for stress, anxiety, paranoia, etc,] [Retaliatory]

9. On 9-27-22, I made a PREA complaint to Classification Ms Estrada & provided Her a written PREA statement about said 8-30-22 incident with Sgt Gerack.

10. On 9-28-22, Hurricane Ian hit CCI, where none of CCI inmates were evacuated per mandatory evacuation order.

11. Ian knocked out the power, causing exhaust fans to be inoperable until Sat 10-1-22, making cells hotter, & the cells were without light, & very dark until Sat 10-8-22, when power returned.

12 Due to no power Inspector Ryder saw Me in Classification Building for Me to make a audio taped statement, about PREA, following Mr Quagan (classification) interview with Me on 10-4-22 about PREA, where I was told I should be housed alone due to PREA Review.

13. I gave Mr Ryder a statement & He asked if I wanted to press criminal charges against Ms G & I said "no," due to fear of reprisal, which was done 10-5-22.

14. However, on the night of 10-5-22, I wrote Mr. Ryder about changing My mind to press criminal charges against Ms G., to no avail; where I fear for life, safty & wellbeing. [was & am in]

15 On 10-6-22, I submitted a written inmate Request to Inspector Ryder about said criminal charges, to no avail.

16. On about 10-11-22, Inmate Sanchez, George was placed in My cell contrary to PREA Rules, requiring Me housed alone, but on 10-13-22, I was Released to Gen Pop to set around My PREA perpetrator's back in A1C

17. On 10/24/22, Classification McDermott advised O'Connor He's pending transfer & O'Connor asked to be sent to Southbay CI close to home Ft Lauderdale per FS 944.803, 944.611, 944.17(1) & FAC 33-601-210(1)(a) & to take trades to relieve stress, anxiety, etc.

2-4

18. On 10-27-22, O'Conor received another inmate after being on A/C since 10-3-22, when I was placed back on A/C after released to Gen Pop. on 10-13-22.

19. Inmate Christopher Payne X48508 was placed in cell A-4112 with Me-O'Conor to beat Me up for Me making said PREA claim against Ms G., but we didn't get into any fight, as staff intended.

20. On 11-1-22, as a reprisal for My PREA complaint against Ms G, & Payne not beating Me up, Captain Garmin with Sgt Lock decided to place both Me & Payne on strip & the loaf, considering illnesses & spinal, gastro.

21. Captain Garmin is Ms G's boyfriend and they are in a relationship with each other.

22. During the strip search while in A-Dorm Quadru showers, Captain Garmin repeatedly subjected O'Conor to bend over and spread His buttocks cheeks to show Captain Garmin to fulfil His sexual desires.

23. O'Connor & Payne were both removed from the showers & placed inside housing cell A-4112 and during the removal of the handcuffs, a staff member (probably Capt. Garmin) grabbed O'Connor's buttocks cheek.

24. Said delinquencies will continue to reur as threatened with excessive force, etc; O'Connor spine issues, sleeping on hard bunk without mat & eating loaf with chronic gastro issues, etc.

## Claim

1. Subjecting O'Conor to work 2AM-2PM even on Sabbath violates Right to Religion under US Const Amend 1 & RLUIPA

2. Warden Snider & Inspector Ryder retaliating by placing O'Connor in A/C, on psych meds & issuing a D.R, while in excessively hot cell, violates US Const., Right against Retaliation; & constitute Cruel & Unusual Punishment, US Const Am.8.

3. Sgt Gerack sexually abusing O'Connor in violation of PREA, constitute Cruel & Unusual Punishment, US Const. Amend 8.

4. Capt Garmin, Sgt Lock & Officer Mathewson retaliating for PREA complaint against Sgt G, by placing O'Conor on strip & Loaf, constitute Retaliation, under US Const. Amend. 1, of US Const.

5. Capt. Garmin, sexually abusing O'Connor in violation of PREA, constitute Cruel & Unusual Punishment, US Const. Amend 8.

Relief

O'Connor be granted IMMINENT DANGER EXCEPTION, & a TRO issued against all Defendants to prevent further reprisals which will continue, & prevent further cruel & unusual punishment. Damages. Any further relief. Proceed IFP. Transfer Me to Southbay CI. Thanks. See exhibits of grievances, court correspondeces, etc... Also, Criminal charges filed on PREA Perpetrators, & All involved Parties fired.

Oath.

I swear by the penalty of perjury these statements are true & correct.

Date: 11-1-22                    /s/ NYKA TASSIANT OCONNOR
                                        NYKA OCONNOR, 199579


Certificate of Service.

I certify that a true copy hereof was provided to FDOC staff for mailing to Clerk of Court, US Dist Court M.D. Ft Myers FL. 2110 First Street, Room 2-194, Fort Myers, FLA 33901-3083.

Date: 11-1-22                    /s/ NYKA TASSIANT O'CONNOR
                                        NYKA OCONNOR, 199579

Charlotte CI
33123 Oil Well Rd,
Punta Gorda Fc. 33955

4-4

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
510-2209-0454

Mail Number: —
Team Number: —
Institution: _Charlotte_

| TO: (Check One) | ☑ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters A-#107 | Job Assignment None | Date 9-20-22 |
|---|---|---|---|---|---|

**REQUEST**                                    Check here if this is an informal grievance ☑

_Informal Grievance Re: Excessively Hot Cells on Psych Meds Ongoing Facts: Case Law Graves v. Arpaio, 623 F.3d 1043 (9th Cir 2010) specifically prohibits an inmate who takes psych meds like O'connor to be in an excessively hot cell where the cell lights stay on 5am-11pm, got to be class-A 7am-5pm, OR get placed on strip & the loaf: while excessively hot air is sucked from outside building to inside cell, though sometimes exhaust is off. This heat adversely affects the chemical imbalance in my brain, stress, anxiety, depression & paranoia, which I take 2 types of psych meds for (effexor & ability). I sometimes hallucinate due to the excessive heat. I already wrote the Judge & others about the herein. Relief: Said ONGOING cruel & unusual Punishment of excessively hot cell, etc., should cease & remedied. No further reprisals ensue which I already wrote the Judge about: damages_

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Conner | DC#: 199579 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    DATE RECEIVED:

**RECEIVED**
**SEP 20 2022**
Charlotte C.I.

This grievance has been received and reviewed with the following action: all cells meet federal standards for confinement as well as all rules involving proper dress and compliance in confinement rules all exhaust fans are properly working in quad 4 of A-Dormitory therefore this grievance is denied.

**MAILED DATE:**
SEP 26 2022
INMATE GRIEVANCE OFFICE

[The following pertains to informal grievances only:]
Based on the above information, your grievance is __Denied__. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): Lieutenant G, Hirschy | Official (Signature): | Date: 9/26/2022 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

510-2209-0533

Mail Number: _____
Team Number: _____
Institution: _Charlotte_

| TO: (Check One) | ☑ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name NYKA O'CONNOR | DC Number 199579 | Quarters A-4707 | Job Assignment — | Date 9-22-22 |
|---|---|---|---|---|---|

**REQUEST**                               Check here if this is an informal grievance ☑

Informal Re: security Threats to strip & loaf
Facts:- The videos & audios for A-Dorm wing-4, will reflect
that approx. 10:15 AM on 9-21-22, & 11AM on 9-22-22, security
staff was on the wing threatening to place inmates on strip &
loaf, if they were found to be not in class (in an excessively
hot cell, with cell lights on, with exhaust sucking hot air from
outdoors to inside cell); on the door or yelling in the back
windows. This O'Connor already relayed to the Court, Advocacy
Agencies, Attorneys, etc; and sent a Petition For Rule Change to sec Fire
concerning reprisals.
Relief: see & save videos & audios over 30 days for grievance
exhaustion & suit PJ 602033. Stop the above unlawful practices. Damages.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor | DC#: 199579 |
|---|---|

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                               DATE RECEIVED:

RECEIVED
SEP 23 2022
Charlotte C.I.
Assistant Warden
Programs

Grievance received, reviewed and evaluated. Grievance DENIED since; video footage review does not support your allegations of staff misconduct. Furthermore, if you are requesting video footage retention you will need to request exact dates and time frames.

WARDEN DATE

OCT 05 2022

INMATE SERVICE OFFICER

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): Lt. C. Rua | Official (Signature): Lt. C. Rua | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)                    Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

510-2209-0198

Mail Number: _____
Team Number: _____
Institution: _Charlotte CI_

| TO: (Check One) | ☑ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>NYKA O'CONNOR | DC Number<br>199579 | Quarters<br>CC-2208 | Job Assignment<br>F15 | Date<br>9-8-22 |
|---|---|---|---|---|---|

**REQUEST**                     Check here if this is an informal grievance ☑

_Informal Re: F15 - Kitchen subjecting O'connor to work on sabbath._
_Facts: F15 - Kitchen where O'connor is assigned to work, has O'connor_
_working on the sabbath, contrary to His Sincere Religious Beliefs._
_When O'connor asked for a change in days off is ~~to help~~ allow_
_Him to have the sabbath (Saturdays) off; O'connor was told that_
_new people (like O'connor) can't yet get weekends off, even when_
_O'connor explained that it was for religious reasons._
_Relief: O'connor be allowed to have Saturday-sabbaths off,_
_due to His Sincere Religious Belief System.  ▇ (Essenic Judiasm-_
_SYJA)  Damages. Other Relief._
_NOTE: O'connor didn't want to write this grievance, but is_
_forced to write same, because this issue will recur._

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): N. O'Connor | DC#: 199579 |
|---|---|

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                          DATE RECEIVED:

☐ RECEIVED
SEP 09 2022
By _____

_INMATE O'CONNOR IS A JEWISH BELIEVR. AND_
_HAS THE RIGHT TO HAVE THE SABBATH OFF._

_THE SABBATH STARTS FRIDAY AT SUNSET AND ENDS_
_AT SUNSET ON SATURDAY NIGHT._

_INMATE CAN WORK BEFORE SUNSET ON FRIDAY AND_
_CAN WORK AFTER SUNSET ON SATURDAY._

[The following pertains to informal grievances only:

Based on the above information, your grievance is **APPROVED**.    (Returned, Denied, or Approved) If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): CHAPLAIN C. STANEY | Official (Signature): Chaplin C. Staney | Date: SEP 09 2022 |
|---|---|---|

Chaplain 8D

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 2210-510-081 | CHARLOTTE C.I. | A4112U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received and evaluated.

The subject of your grievance has already been reported to the investigative section of the Inspector General's Office. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. BE ADVISED THIS MAY OR MAY NOT RESULT IN A PERSONAL INTERVIEW WITH YOU. Since you have provided no additional information concerning this incident, a separate investigation will not be initiated.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by completing form DC1-303, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Policy Management and Inmate Appeals, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

| _C. ____ B. Brooks CNS_ | _M. Act Ashy Lawlor_ | _10/21/22_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

MAILED DATE:

OCT 21 2022

INMATE GRIEVANCE OFFICE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
OCT 17 2022
Charlotte C.I.
Assistant Warden

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse,** on the behalf of:

| O'CONNOR, | NYKA | | 199579 | Charlotte CI |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

2210-510-081

**Part A – Inmate Grievance**

Formal Re: PREA (See formal log # 2210-510-013 attached)
Facts: I was subjected to sexual abuse when staff subject me
to involuntarily masterbate at Her contrary to My Religious
beliefs system & she grabbed My penis & commenced to
stroking it, but stopped before I ejaculated. This was
relayed to PREA Personnel Ms Estrada on 9-27-22, to
Mr Quagen on 10-4-22 & Inspector Ryder on 10-5-22.
However, this PREA investigation is not being taken seriously.
O'Connor wrote Inspector Ryder about pressing criminal charges
over 10 days ago, to no avail. O'Connor grieved in Formal
Grievance log # 2210-510-013 about not being released
to Gen Pop around said PREA Perpetrator, which was disregarded
& O'Connor released to Gen Pop on 10-14 10-13 22 anyway; then
inquired about PREA investigation to CLO Ms McDermott
who conferred with Mr Brock (classification) who had Me
placed back in confinement, where Ms McDermott said
I will be for 30 days, though PREA investigation
already started on 9-27-22 & investigation is only
supposed to be 15 days per 33-602.220 (3) (c&d). Further,
while investigation on PREA is being done, I should
be housed alone & have no cellmate in confinement, but
last Tuesday, Inmate George Sanchez (who I got no issue
with) was placed in cell with Me A-4202 where we remain
until Thursday. This PREA investigation seems like a joke to CCI.
Relief: PREA allegations & investigation be taken seriously.
Damages. Other relief. Transfer Me to Southbay (CI close to home), criminal charges pressed.

MAILED DATE:

| 10-17-22 | | N. O'Connor, 199579 |
|---|---|---|
| DATE | OCT 21 2022 | SIGNATURE OF GRIEVANT AND D.C. # |

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    ☒ 1  Speedy Response
# ___    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____    Institutional Mailing Log #: _____    _____
              (Date)                                                    (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                Incorporated by Reference in Rule 33-103.006, F.A.C.

we already under invest.

## PART B - RESPONSE

| O'CONNOR, NYKA | 190579 | 2210-510-013 | CHARLOTTE C.I. | A4202U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your formal grievance has been received and reviewed. In accordance with Chapter 33-103.014(1)(a), your grievance is being RETURNED WITHOUT ACTION or processing as it addresses more than one issue.

This grievance may be re-filed if the above deficiency is corrected and resubmitted within allowable time frames per Chapter 33-103.011.

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

10/11/2022
DATE

## MAILED DATE:

OCT 11 2022

INMATE GRIEVANCE OFFICE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
OCT 04 2022
Charlotte C.I.
Assistant Warden
Programs

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

O'CONNOR, NYKA _____ 199579 _____ Charlotte C.I.
Last   First   Middle Initial            DC Number            Institution

2210-510-013

| Part A – Inmate Grievance |
|---|

REPRISAL-PREA

Facts: Today O'Connor saw & spoke with Classification Ms Estrada (PREA Lady) about the sexual assault-battery issue, & gave Her a written request on same, and O'Connor signed a witness statement. O'Connor was sent back to His cell & Lt came with a PREA Form which O'Connor signed but was unsure which box to check concerning whether O'Connor should stay in confinement or be in Gen Pop, until disposition of the matter - via investigation, so O'Connor left all boxes blank, & returned it to the Lt, who advised that Ms Estrada will/should return to help complete said form. O'Connor awaits Ms Estrada's return & sent Ms Estrada inmate request on same. This grievance is NOT against Ms Estrada nor the Lt. However, O'Connor thinks it may be in His best interest to probably stay in confinement pending the PREA investigation, so O'Connor doesn't have to come in contact with the w/f perpetrator of said said sexual assault-battery. Further, O'Connor wrote the US District Court Middle District Jacksonville FL, a Notice about said PREA issue & His Mental Health. Where O'Connor fears for His life safety & well being at Charlotte CI, which likes to retaliate against O'Connor, causing O'Connor to be in confinement now with a Bogus Retaliatory Threat IR as reprisal for writing the court aforesaid. O'Connor fears CEI staff will retaliate for said PREA issue with loaf, strip, gass, excessive force, etc, as previously ~~threat~~ threatened, which O'Connor also relayed to the Court above. O'Connor's mind is racing, is stressed out, filled with anxiety, paranoid, depressed & feels like the walls are closing in on Him in the cell.

Relief: PREA investigation thoroughly done, accordingly; No Reprisals ensue. Damages. Any further relief. Video-Audio ~~surveillance~~ Placed in property room where PREA occured. Portable camera used on Me to go there

_____9-27-22_____                    MAILED DATE: ___N. O'Connor, 199579___
        DATE                            OCT 11 2022       SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**
                                                        Ø / 1
                                                    #        Signature

INMATE GRIEVANCE OFFICE

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                    (Date)                                                        (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)                    Incorporated by Reference in Rule 33-103.006, F.A.C.

13H

*INMATE REQUEST*

TO: classification - PREA Investigator Ms Estrada
FROM: Nyka O'Connor, 199519, Charlotte CI, A-4102, 9-27-22

RE: PREA Paperwork Lt provided which was incomplete.

Kindly note that We spoke yesterday in A-Dorm
wing-4, counseling room; then You provided the Lt a PREA
paper for Me to complete, which I signed My name
thereon; then advised the Lt I didn't know which
of the 3 boxes to check & I didn't check any box.
The Lt said You would return to help Me decide
which box to check, but You never returned. So I
wrote this request to You.

Considering My Mental Health history & a history
of being violent prone; I think it may be
better if I stay in confinement, pending disposition
of said investigation, so Me & that person don't
come in contact with each other again. Note, I just did 14
years on CM 2005-2019 & 3 years on psych (GTU/TCU) & trying to adapt to GP, but it's not working.
N. O'Connor.                                      Thanks.

Ps. Kindly provide some requests & 303-forms. Previously requested
same, to no avail. Thanks.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 2210-510-023 | CHARLOTTE C.I. | A4202U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated.

All dormitories meet federal and state guidelines as well as all exhaust fans are in working order.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by completing form DC1-303, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Policy Management and Inmate Appeals, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

| _G. Bk G. Brock_ | _J. Dawson, AWP_ | _10/14/22_ |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

MAILED DATE:

OCT 14 2022

INMATE GRIEVANCE OFFICE

**FLORIDA DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden          ☐ Assistant Warden          ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

O'CONNOR, NYKA                    199579                    Charlotte CI

Last   First   Middle Initial               DC Number                    Institution

2210-510-083

**Part A – Inmate Grievance**

Fomal Re: Informal Top # 510-2209-0454

Facts: These excessively hot cells on psych meds
violates Federal law — Cruel & Unusual Punishment
8th Amend — US Const., & said case Graves v Arpaio,
623 F-3d 1043 (9th Cir 2010). That's why My attorney
has contacted FDOC — Classification Ms Gill.
Relief: Said violations cease & remedied. A
civil suit on same will ensue

---

**MAILED DATE:**

~~OCT 14 2022~~

**INMATE GRIEVANCE OFFICE**

10-4-22                              N. OConner, 199579
DATE                                 SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1

#                    Signature

LoH

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

510 - 2209 - 0454

Mail Number: _____
Team Number: _____
Institution: _Charlotte_

| TO: (Check One) | ☑ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>NYKA O'CONNOR | DC Number<br>199579 | Quarters<br>A-#1070 | Job Assignment<br>None | Date<br>9-20-22 |
|---|---|---|---|---|---|

**REQUEST**

Check here if this is an informal grievance ☑

Informal Grievance Re: Excessively Hot Cells on Psych Meds Ongoing Facts: Case Law Graves v. Arpaio, 623 F.3d 1043 (9th Cir. 2010) specifically prohibits an inmate who takes psych meds like O'Connor, to be in an excessively hot cell where, the cell lights stay on 5am - 11pm, got to be class-A 7am-5pm, or get placed on strip & the loaf; while excessively hot air is sucked from outside building to inside cell, though sometimes exhaust is off. This heat adversely affects the chemical imbalance in my brain, stress, anxiety, depression & paranoia, which I take 2 types of psych meds for (effexor & abilify). I sometimes hallucinate due to the excessive heat. I already wrote the Judge & others about the herein. Relief: Said ONGOING cruel & unusual Punishment of excessively hot cell, etc, should cease & remedied. No further episode ensue which I already wrote the Judge. Damages

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): N. O'Connor                                        DC#: 199579

---

**DO NOT WRITE BELOW THIS LINE**

**RECEIVED**

**RESPONSE**

DATE RECEIVED: SEP 20 2022

This grievance has been received and reviewed with the following action: all cells meet federal standards for confinement as well as all rules involving proper dress and compliance in confinement rules all exhaust fans are properly working in quad 4 of A-Dormitory therefore this grievance is denied.

MAILED DATE:

SEP 26 2022

INMATE GRIEVANCE OFFICE

| [The following pertains to informal grievances only: | |
|---|---|
| Based on the above information, your grievance is _Denied_____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.] | |
| Official (Print Name): Lieutenant G, Hirschy | Official (Signature): | Date: 9/26/2022 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

## PART B - RESPONSE

| O'CONNOR, NYKA | 199579 | 2209-510-109 | CHARLOTTE C.I. | A4107U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated.

You were placed in A/C due to you making threats against staff.  Charlotte CI has no confinement units with air conditioning.  Mental Health determines if inmates should be on SHOS, and they have not decided that is currently appropriate for you at this time.  As you state in this grievance, you want to be transferred closer to home.  That decision is made by population management and not determined by your threats of litigation.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by completing form DC1-303, providing attachments as required by paragraphs 33-103.007(3)(a) and (b), F.A.C., and forwarding your complaint to the Bureau of Policy Management and Inmate Appeals, 501 South Calhoun Street, Tallahassee, FL 32399-2500.

J. Dawson, AW                                                                    22 Sept-2022

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

MAILED DATE:

SEP 22 2022

INMATE GRIEVANCE OFFICE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

SEP 16 2022

Charlotte C.I.
Classification
Programs

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

O'CONNOR, NYKA     199579     Charlotte CI
Last   First   Middle Initial     DC Number     Institution

2209-510-109

---

**Part A – Inmate Grievance**

*Reprisal*

Facts: As reprisal for Me writing a Notice &
Mental Status, ~~Complaints~~ to US Dist Court, US Justice
Dept, Fla Justice Inst. etc; Charlotte retaliated
against Me, by placing Me in A-Dorm Confinement
housed with CM Inmates prohibited by FAC 33;
& housed in an excessively hot cell, with lights
on 4AM-11pm, while required to be in Class-A, all
day, where No Air circulation exists. Note,
Gen Pop F-Dorm ~~too~~ for confinement has air condition
but Charlotte chosed to not placed Me there, as reprisal.
Further, to add to this campagne retaliation,
Mental Health Refuses to 'let' O'Connor 'go'
psych & go on SHos, where (he'll remain to
get transferred - per Mental Health staff on
9-15-22, who advised O'Connor, shall not place
O'Connor on SHos because she knows O'Connor
wants a transfer, while referring to said
Notice O'Connor wrote said Judge & others above.
O'Connor already wrote the Judge about the
herein on 9-15-22 & even sent the Fed Judge
a copy of this Reprisal Grievance in case Charlotte
CI discards same. Note other parties above are aware
of the herein, just in case of reprisal. I'm not trying to change
Charlotte CI, just relocate Me from Charlotte CI, else U will see many suits, etc.
Relief: Kindly transfer Me e.g. to SouthBay, closer home. Stop reprisals. Damages.

9-16-22     **MAILED DATE:**     N. O'Connor, 199579
DATE        SEP 22 2022     SIGNATURE OF GRIEVANT AND D.C. #

**INMATE GRIEVANCE OFFICE**

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

☒ # /   *Speedy Response*
            Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____     Institutional Mailing Log #: _____     _____
        (Date)                                                       (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

1C

## PART B - RESPONSE

| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |
|---|---|---|---|---|
| O'CONNOR, NYKA | 199579 | 2208-118-043 | WAKULLA ANNEX | Q31041 |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

This needs to be addressed through sick call.

Based on the foregoing, your Request for Administrative Remedy is D E N I E D.  You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103, and forwarding to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

Responding Employee: E. Hand, Health Administrator

Signature of Representative: M. Comerford, Assistant Warden

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|
| A. Cortes MD | M Comerford AW | 8/17/22 |

**MAILED**

AUG 1 8 2022

ASSISTANT WARDEN

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or **IF Alleging Sexual Abuse**, on the behalf of:

_O'CONNOR , NYKA_     _199579_     _WCI_
Last   First   Middle Initial     DC Number      Institution

2208-118-043

**Part A – Inmate Grievance**

_Medical Re: Chronic Clinic for nerve-spine issues & gastro issues since 2009-10_

_Facts: Considering My ONGOING chronic nerve-spinal problems & gastro issues, which span over a decade; viewing all the grievances, sick-calls & civil suits regarding same; I'm under the impression that I should be in chronic clinic for said nerve-spinal issues & gastro issues. However, unlike prior facilities O'Connor has been; Wakulla CI staff doesn't do chronic clinic for said issues._

_Relief: O'Connor placed in chronic clinic & treated accordingly. Damages. Adequate relief._

_8-2-22_
DATE

_N. O'Connor, 199579_
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

_____ / _____
#     Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Wakulla Correctional Institution
Warden's Office     Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _8/2/22_     Institutional Mailing Log #:_____
Date Received:

_7A_

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

OCT 05 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

AY2O2U

| O'CONNOR, NYKA | 199579 | 22-6-28717 | CHARLOTTE C.I. | A4107U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note: This grievance is not accepted as a grievance of reprisal.

Your request for administrative appeal is in non-compliance with Chapter 33-103, Inmate Grievance Procedure, which states, "each grievance must address only one issue or complaint." Your current request for administrative appeal addresses more than one issue and/or complaint.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

S. Milliken

_S. Milliken_

9/29/22

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

RECEIVED SEP 28 2022
Department of Corrections
Inmate Grievance Appeals

RECEIVED SEP 16 2022
Charlotte C.I.
Programs

TO: ☐ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| O'CONNOR, | NYKA | | 199579 | Charlotte |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**   22-6-28717

Direct Grievance Re: Reprisal.

Facts: On 9-7-22 (last wednesday) O'Connor wrote
a Notice & Mental Health status to US District
Court M.D. Jax FL, US Justice Department, Fla
Justice Inst, Attorney Cook, FDOC Central
Office Mental Health Dept. & Charlotte CI
Warden, attached to a grievance. As reprisal
therefore, O'Connor was placed on Administrative
Confinement, in an excessively hot cell, with
cell lights on all day, where Inmates
have to be in class - A uniform all day,
and pending a D.R. Note, I wrote the Judge
about the herein on 9-15-22, just in case of more reprisals.
Relief: Said ONGOING retaliation cease &
remedied. Damages. Any other relief. Thank
You.

No further reprisals ensue, e.g, gass, strip,
loaf, excessive force, etc, which O'Connor
wrote the Judge about also. Fla Inst Legal
Service, Fla Justice Inst & US Justice Dept are
also looking into this herein. Note, A copy of
Reprisal Grievance was sent to the Judge, just
in case U discard same.

| 9-16-22 | N. O'Connor 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   ☒ / 1 Speedy Response
# / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, rida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

PDF (Sid) NF 13h

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: 9/19/22    Institutional Mailing Log #: OS6090    D. Kaznuson
(Date)                                                                (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

OCT 14 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 22-6-29879 | CHARLOTTE C.I. | A4202U |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Note:  This grievance is not accepted as a grievance of an emergency nature.

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

A. Johns

*A. Johns*

10-12-22

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
OCT 11 2022
Bureau of Inmate Grievance Appeals

RECEIVED
OCT 04 2022

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, NYKA | 199579 | Charlotte CI |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

22-6-29879

### Part A – Inmate Grievance

Direct - Emergency - Hurricane Ian killing 45 people in Fla as of 10-2-22.
Facts:- On 9-27-22 Fla government issued a MANDATORY
EVACUATION for 2/3 of Charlotte County which includes Punta
Gorda where Charlotte CI (CCI) is located. However, CCI
failed to comply with said mandate. Consequently, CCI-I-Dorm
was relocated to CCI C-Dorm, where 3 inmates were housed
in a 2-man cell. On 9-28-22, about 1-2 pm Ian hit, about 1-2 pm
at Cat-4, taking the roof off CCI I-Dorm. & left all CCI w/o
power, light, working exhaust, etc, and the 155 mph sonic boom winds like
freight trains, for hours, popped & rung O'Connors' ears. Also, Charlotte
County also issued a boil water notice, but CCI has not provided
any boiled and/or bottled water; so us inmates may be drinking
contaminated water from the sink. The generator used for
the sink & toilet keeps going out & sometimes the sinks &
toilets don't work. On 9-30-22, 150 inmates got transferred
from CCI to other prisons, leaving behind O'Connor & other
inmates to suffer the herein Cruel & Unusual Punishment
conditions of Confinement. Governor Desantis said the
power-grid is broke & has to be REBUILT &
can't be repaired & will take weeks to fully
rebuild same. So, we may suffer said conditions
for weeks aforesaid. I can't speak for others,
but O'Connor will definitely sue for the herein,
hazardous conditions, which affects life, safety & well being.
Relief: Said ONGOING violations remedied ASAP.
Damages. Transfer us to other prison w/ better conditions. Other Relief.

| 10-3-22 | N. O'Connor, 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 6: 5/0

Submitted 10/5/22    Log# 056155

# ____ Signature 1 Speedy Response

Rcvd D. Kaplman

**INSTRUCTIONS**

MAILED/FILED

AUG 3 1 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 22-6-24483 | WAKULLA ANNEX | Q31041 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

It is determined that the response made to you by Dr. Cortes on 7/22/22 appropriately addresses the issue you presented.

It is the responsibility of your health care staff to determine the appropriate treatment regimen for the condition you are experiencing, including specialty consults.

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Michelle Schouest, IISC

| Michelle Schouest | 7. Bowden | 8/26/22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*Med*

☐ **Third Party Grievance Alleging Sexual Abuse**

**RECEIVED**

**AUG 15 2022**

Department of Corrections
Bureau of Grievance Appeals

TO: ☒ Warden     ☐ Assistant Warden     ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

O'CONNOR   NYKA                    199579              WCI
_____   _____   _____
Last     First     Middle Initial        DC Number          Institution

**22-6-24483**

**Part A – Inmate Grievance**

Appeal Re: Medical Issues adversely affecting Mental Health

Re: Formal log # 2207-118-090

Facts: Sick-Call has been accessed numerous times to no avail.
Guess respondents didn't see the attached Sick-Call, submitted
with Formal Grievance log # 2207-118-090. Issues have also
been presented Mental Health, to no avail.

Relief: Adequate care provided in a timely fashion. Damages. Any
other relief, including be seen by a specialist.

8-4-22                                         N. O'Connor  199579
_____                          _____
DATE                                      SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

☒ / 1  Speedy Response
# _____   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Wakulla Correctional Institution**
**Warden's Office**

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 8/5/22         07A

Date Received: _____   Institutional Mailing Log #: A162208903         (Received By)

AUG 09 2022

WAKULLA CI WAREHOUSE

2207-118-090

DISTRIBUTION:    INSTITUTION/FACILITY          CENTRAL OFFICE
                 INMATE (2 Copies)             INMATE
                 INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| O'CONNOR, NYKA | 199579 | 2207-118-090 | WAKULLA ANNEX | Q31041 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

If you feel you need to see a specialist, the sick call system is available for you to be evaluated.

Based on the foregoing, your Request for Administrative Remedy is D E N I E D.  You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachment(s) as required by Chapter 33-103, and forwarding to the Bureau of Inmate Grievance Appeals, 501 South Calhoun Street, Tallahassee, Florida 32399-2500.

Responding Employee: E. Hand, Health Administrator

Signature of Representative: M. Comerford, Assistant Warden

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

DATE

MAILED

JUL 2 5 2022

ASSISTANT WARDEN

**FLORIDA DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden        ☐ Assistant Warden        ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| O'CONNOR, | NYKA | | 199579 | WCI |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

2207-118-090

Part A – Inmate Grievance

Medical Issues adversely affecting Mental Health

Facts:- On 7-11-22, My Health (Medical) Issues got so bad that I could not attend any outside cell mental call-outs. I then saw Jr Fonyoo during Her rounds while laying in bed, and explained My condition to Her and gave Her a copy of the attached Sick-Call Request. Where, same complained of My back and neck being on FIRE; along with shoulders and elbows; Tingly feeling, pain & numbness going from neck to hand & the need to see a chiropractor & neurologist about same. It also complained about knee problem worsening, & pillow, etc, under knees when laying down no longer eases pain. It also complained about Gastro pains, runs, cramps happening more frequent and the need for an adequate diet & to see a Gastroenterologist. Where, the above issues with nerve, joints & spine, came from FDOC excessive force 2009, 2010, 2011, 2013, while gastro issue started after I swallowed paperclip and had gastro surgery in 2010.

Relief: Be seen by specialist for the above ongoing & worsening issues; since I can't get to see a MD here at Wakulla. Adequate Care provide in a timely fashion. Damages. Other relief.

| 7-12-22 | N. Oconnor, 199579 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   Ø / _____
                                                                           #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on JUL 12 2022
                              (Date)              Institutional Mailing Log #: _____    _____
Wakulla Assistant Warden                                                                              (Received By)
DISTRIBUTION:    INSTITUTION/FACILITY                CENTRAL OFFICE
                 INMATE (2 Copies)                   INMATE
                 INMATE'S FILE                       INMATE'S FILE - INSTITUTION/FACILITY
                 INSTITUTIONAL GRIEVANCE FILE        CENTRAL OFFICE INMATE FILE
                                                     CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)              Incorporated by Reference in Rule 33-103.006, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
# INMATE SICK-CALL REQUEST

Date: _7-11-22_                          Time: _Daytime_

Inmate Name: _NYKA O'CONNOR_    DC#: _199579_

Housing assignment: _Q-3104_    Job assignment: _TCU_

Do you need an interpreter for your Sick Call visit? (Sign language, Spanish, etc.) ☐Yes ☒No
If so, what type: _____

Did you require assistance completing this form? (Blind, Quadriplegic, etc.) ☐Yes ☒No
If so, why: _____

Problem:

☐    Pass/pass renewal

☐    Medication renewal

☐    Need information (explain): _____

☐    Problem with ADA/Disability equipment or supplies (explain the problem): _____

☒    Mental Health: _Refused ALL Mental Health Call-Outs today 7-11-22_
     _because I'm in severe pain, due to the below problems._

☐    Dental

☒    Medical (explain): _(1) My back & neck are on FIRE; along with My shoulders_
_and elbow; tingly feeling, pain & numbness goes from neck to hand; need to see chiropractor_
_& neurologist. (2) Knee problem is worsening; & pillow, etc, under Knees when lying, no_
_longer eases pain. (3) Gastro pains, runs, cramps are happening more frequent, need diet &_
_see Gastroenterologist._
When did problem/symptoms start? _Issues with nerve, joints & spine ongoing since_
_excessive force used on Me 2009, 2010, 2011, 2013, at prior FDoc Institutions._
_Gastro Issues when I swallowed paperclips & had gastro surgery in 2010._

| To be completed by Triage Nurse: |
|---|
| Triaged by: (Print name and licensure) _____ on (Date) _____ |
| Assigned Triage Level: ☐ Routine    ☐ Urgent    ☐ Emergent |
| Date patient assessed by nurse: _____ Signature/Stamp of Nurse Completing Sick Call: |

Inmate Name _NYKA O'CONNOR_
DC# _199579_    Race/Sex _B/M_
Date of Birth _2-12-80_
Institution _Wakulla CI_

Distribution: Original—Nursing Supervisor
Pink—Inmate (special housing only-otherwise destroy copy)
This form is not to be amended, revised, or altered without approval of the Chief of Health Services Administration.