UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NYKA O'CONNER,

    Plaintiff,

v.                                     Case No.:  2:22-cv-712-SPC-KCD

DEREK SNIDER, RYDER,
GERACK, GARMIN, LOCK and
MATHEWSON,

    Defendants.
_____/

## **ORDER**

Plaintiff Nyka O'Conner, a prisoner of the Florida Department of Corrections, filed a *pro se* complaint on November 4, 2022 (Doc. 1). In its Standing Order, the Court ordered O'Conner to pay the filing fee or move to proceed *in forma pauperis* no later than December 6, 2022. (Doc. 3). The Court warned, "Failure to do so or may result in the Court dismissing the Complaint without further notice." (*Id.*). O'Conner did not comply.

Before dismissing a prisoner's complaint for failure to pay a filing fee or request leave to proceed without one, a court must make a reasonable inquiry into the reason for the failure. *Wilson v. Sargent*, 313 F.3d 1315, 1320-21

(11th Cir. 2002). A prisoner's case should not be dismissed if his failure to pay the filing fee is caused by circumstances beyond his control. *Id.* at 1321.

On December 16, 2022, United States Magistrate Judge Kyle C. Dudek ordered O'Conner to show cause why this case should not be dismissed for failure to prosecute and failure to comply with the Court's Standing Order (Doc. 8). O'Conner did not respond. The Court will therefore dismiss this action without prejudice.

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on January 27, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:   FTMP-1
Copies:   All Parties of Record